No. 321.   Barbers Union of Memphis, Local No. 36, et al. v. Flatt.   Supreme Court of Tennessee, Middle District.   Certiorari denied.   *Cecil D. Branstetter* for petitioners.   *Robert L. Taylor* and *Newell N. Fowler* for respondent.

No. 567.   Mississippi River Fuel Corp. v. Federal Power Commission et al.; and

No. 568.   United Gas Pipe Line Co. v. Mississippi River Fuel Corp. et al.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. *William A. Dougherty, Spencer W. Reeder* and *James Lawrence White* for the Mississippi River Fuel Corporation.   *Thomas Fletcher, C. Huffman Lewis* and *Ralph M. Carson* for the United Gas Pipe Line Co., petitioner in No. 568 and respondent in No. 567.   *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney, Bernard Cedarbaum, Willard W. Gatchell* and *Howard E. Wahrenbrock* for the Federal Power Commission, respondent.   Reported below: 102 U. S. App. D. C. 238, 252 F. 2d 619.

No. 573.   New York Mail & Newspaper Transportation Co. v. United States.   Court of Claims.   Certiorari denied.   *John Lord O'Brian* and *Robert L. Randall* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.

No. 556.   Sheba Bracelets, Inc., et al. v. United States.   C. A. 2d Cir.   Certiorari denied.   *Archibald Palmer* for petitioners.   *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.